

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2014 JUL 10 PM 2:49

WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### SUPERSEDING INDICTMENT FOR VIOLATIONS OF
### THE FEDERAL CONTROLLED SUBSTANCES ACT
### AND THE FEDERAL GUN CONTROL ACT,
### AND MONEY LAUNDERING CONSPIRACY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.: 14-86** |
| **v.** | * | **SECTION: "J"** |
| **FRED DOUGLAS BROOKS III** | * | **VIOLATIONS:** 21 USC § 846 |
| a/k/a "PJ" | | 21 USC § 841(a)(1) |
| **DAVID HUMPHRIES** | * | 21 USC § 841(b)(1)(A) |
| a/k/a "Teacher" | | 21 USC § 843(b) |
| **JERMAINE REYNOLDS** | * | 18 USC § 1956(a)(1)(B)(i) |
| a/k/a "Head" | | 18 USC § 1956(h) |
| **JASON PAYNE** | * | 18 USC § 922(g)(1) |
| a/k/a "Fam" | | 18 USC § 924(a)(2) |
| **STANLEY FULTON** | * | |
| a/k/a "Big Man" | | |
| **ANTHONY GIBSON** | * | |
| a/k/a "'Toine" | | |
| **PAUL LEE** | * | |
| a/k/a "Baby Brother" | | |
| **MARLON BARNES** | * | |
| a/k/a "Melph" | | |
| **GARRY GENTRY** | * | |
| a/k/a "Peter" | | |

\*     \*     \*

The Grand Jury charges that:

___ Fee ᴜ8ᴀ
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

## COUNT 1
### (*Conspiracy to Distribute One Kilogram or More of Heroin*)

Beginning at a time unknown, but prior to March 1, 2012, and continuing to the present, in the Eastern District of Louisiana and elsewhere, the defendants, **FRED DOUGLAS BROOKS III a/k/a "PJ," DAVID HUMPHRIES** a/k/a "Teacher," **JERMAINE REYNOLDS** a/k/a "Head," **JASON PAYNE** a/k/a "Fam," **STANLEY FULTON** a/k/a "Big Man," **ANTHONY GIBSON** a/k/a "'Toine," **PAUL LEE** a/k/a "Baby Brother," **MARLON BARNES** a/k/a "Melph," and **GARRY GENTRY** a/k/a "Peter," did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute one kilogram or more of heroin, a Schedule I drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

## COUNT 2
### (*Money Laundering Conspiracy*)

Beginning at a time unknown, but prior to April 5, 2014, and continuing to the present, in the Eastern District of Louisiana and elsewhere, the defendants, **FRED DOUGLAS BROOKS III a/k/a "PJ"** and **JERMAINE REYNOLDS** a/k/a "Head," did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions affecting interstate commerce, knowing that the property involved represented the proceeds of a specified unlawful activity, to wit: conspiracy to distribute heroin as set forth in Count 1; and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of

Title 18, United States Code, Section 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

## COUNT 3
### (*Use of a Communication Facility in Furtherance of Drug Trafficking*)

On or about May 23, 2014, in the Eastern District of Louisiana, the defendant, **DAVID HUMPHRIES** a/k/a "Teacher," did knowingly and intentionally use a communication facility, to wit: Forward Air, a common carrier; in committing, causing, and facilitating a conspiracy to distribute heroin as set forth in Count 1; all in violation of Title 21, United States Code, Section 843(b).

## COUNT 4
### (*Possession of a Firearm by a Convicted Felon*)

On or about July 1, 2014, in the Eastern District of Louisiana, the defendant, **STANLEY FULTON** a/k/a "Big Man," having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on August 16, 2002, in case number 02-82 "I" in the United States District Court for the Eastern District of Louisiana, for Distribution of Heroin and Conspiracy to Possess with Intent to Distribute Heroin in violation of Title 21, United States Code, Sections 841(a)(1) and 846; did knowingly possess in and affecting interstate commerce a firearm, to wit: a Beretta model PX4 Storm, 9mm caliber semi-automatic pistol, bearing serial number PZ9206A; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 5
### (*Possession of a Firearm by a Convicted Felon*)

On or about October 3, 2013, in the Eastern District of Louisiana, the defendant, **ANTHONY GIBSON** a/k/a "'Toine," having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on April 15, 1999, in case

number 388-594 "B" in the Criminal District Court for the Parish of Orleans, State of Louisiana, for Aggravated Burglary in violation of La. R.S. 14:60, Possession of Heroin in violation of La. R.S. 40:966(C), and Possession of a Firearm by a Convicted Felon in violation of La. R.S. 14:95.1; did knowingly possess in and affecting interstate commerce a firearm, to wit: an FN Herstal model Five-Seven, 5.7x28mm caliber semi-automatic pistol, bearing serial number 38624617; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 6
*(Possession of a Firearm by a Convicted Felon)*

On or about January 22, 2014, in the Eastern District of Louisiana, the defendant, **ANTHONY GIBSON** a/k/a "'Toine," having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on April 15, 1999, in case number 388-594 "B" in the Criminal District Court for the Parish of Orleans, State of Louisiana, for Aggravated Burglary in violation of La. R.S. 14:60, Possession of Heroin in violation of La. R.S. 40:966(C), and Possession of a Firearm by a Convicted Felon in violation of La. R.S. 14:95.1; did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock model 22, .40 caliber semi-automatic pistol, bearing serial number FDP545; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 7
*(Possession of a Firearm by a Convicted Felon)*

On or about January 22, 2014, in the Eastern District of Louisiana, the defendant, **PAUL LEE** a/k/a "Baby Brother," having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on December 20, 1999, in case number 404-295 "H" in the Criminal District Court for the Parish of Orleans, State of Louisiana, for Possession of Heroin in violation of La. R.S. 40:966(C); did knowingly possess in and

affecting interstate commerce a firearm, to wit: a Springfield Arms model XD-40, .40 caliber semi-automatic pistol, serial number US486055, and a Smith & Wesson model 642, .38 caliber revolver, serial number CRU0399; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 8
### (*Possession of a Firearm by a Convicted Felon*)

On or about April 30, 2014, in the Eastern District of Louisiana, the defendant, **MARLON BARNES** a/k/a "Melph," having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on April 17, 2002, in case number 02-03 "F" in the United States District Court for the Eastern District of Louisiana, for Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Sections 922(g)(1); did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock model 30, .45 caliber semi-automatic pistol, bearing serial number VNS895; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 9
### (*Possession of Ammunition by a Convicted Felon*)

On or about April 30, 2014, in the Eastern District of Louisiana, the defendant, **MARLON BARNES** a/k/a "Melph," having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on April 17, 2002, in case number 02-03 "F" in the United States District Court for the Eastern District of Louisiana, for Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Sections 922(g)(1); did knowingly possess in and affecting interstate commerce ammunition, to wit: nine (9) rounds of Federal brand .45 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 10
### *(Use of a Communication Facility in Furtherance of Drug Trafficking)*

On or about January 7, 2014, in the Eastern District of Louisiana, the defendant, **GARRY GENTRY** a/k/a "Peter," did knowingly and intentionally use a communication facility, to wit: a telephone; in committing, causing, and facilitating a conspiracy to distribute heroin as set forth in Count 1; all in violation of Title 21, United States Code, Section 843(b).

## NOTICE OF DRUG FORFEITURE

1.      The allegations of Counts 1, 3, and 10 of this Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.      As a result of the offenses alleged in Counts 1, 3, and 10, the defendants, **FRED DOUGLAS BROOKS III** a/k/a "PJ," **DAVID HUMPHRIES** a/k/a "Teacher," **JERMAINE REYNOLDS** a/k/a "Head," **JASON PAYNE** a/k/a "Fam," **STANLEY FULTON** a/k/a "Big Man," **ANTHONY GIBSON** a/k/a "'Toine," **PAUL LEE** a/k/a "Baby Brother," **MARLON BARNES** a/k/a "Melph," and **GARRY GENTRY** a/k/a "Peter," shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1, 3, and 10 of this Superseding Indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

## <u>NOTICE OF GUN FORFEITURE</u>

1.      The allegations of Counts 4-9 of this Superseding Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      As a result of the offenses alleged in Counts 4-9, the defendants, **STANLEY FULTON** a/k/a "Big Man," **ANTHONY GIBSON** a/k/a "'Toine," **PAUL LEE** a/k/a "Baby Brother," and **MARLON BARNES** a/k/a "Melph," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28 United States Code, Section 2461, any firearm or ammunition that was involved in or used in a knowing violation of Title 18, United States Code, Section 922(g)(1), as alleged in Counts 4-9 of this Superseding Indictment.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

a.      cannot be located upon the exercise of due diligence;

      b.        has been transferred or sold to, or deposited with, a third person;

      c.        has been placed beyond the jurisdiction of the Court;

      d.        has been substantially diminished in value; or

      e.        has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(d)(1).

## NOTICE OF MONEY LAUNDERING FORFEITURE

1.      The allegation of Count 2 of this Superseding Indictment is realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2.      As a result of the offense alleged in Count 2, the defendants, **FRED DOUGLAS BROOKS III** a/k/a "PJ" and **JERMAINE REYNOLDS** a/k/a "Head," shall forfeit to the United States any and all property real or personal involved in the commission of the offense alleged in Count 2 of this Superseding Indictment, and any and all property traceable to such property.

3.      If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

      a.        cannot be located upon the exercise of due diligence;

      b.        has been transferred or sold to, or deposited with, a third person;

c.     has been placed beyond the jurisdiction of the Court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 982.

A TRUE BILL:

FOREPERSON'S SIGNATURE
HAS BEEN REDACTED

F̄

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

*Michael B. Red*

MICHAEL B. REDMANN
Special Assistant United States Attorney
Louisiana Bar Roll No. 31929

*Mark A. Miller*

MARK A. MILLER
Assistant United States Attorney
Missouri Bar Roll No. 30488

New Orleans, Louisiana
July 10, 2014

No. _____

# UNITED STATES DISTRICT COURT

_____ Eastern _____ District of _____ Louisiana _____

_____ Criminal _____ Division _____

## THE UNITED STATES OF AMERICA

vs.

**FRED DOUGLAS BROOKS, III,** a/k/a "PJ"
**DAVID HUMPHRIES,** a/k/a "Teacher"
**JERMAINE REYNOLDS,** a/k/a "Head"
**JASON PAYNE,** a/k/a "Fam"
**STANLEY FULTON,** a/k/a "Big Man"
**ANTHONY GIBSON,** a/k/a "Toine"
**PAUL LEE,** a/k/a "Baby Brother"
**MARLON BARNES,** a/k/a "Melph"
**GARRY GENTRY,** a/k/a "Peter"

## SUPERSEDING INDICTMENT

### FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT AND THE FEDERAL GUN CONTROL ACT AND MONEY LAUNDERING CONSPIRACY

**VIOLATIONS: 21 U.S.C. § 846**
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 843(b)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1956(h)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

FOREPERSON'S SIGNATURE
HAS BEEN REDACTED

_A true bill._ _____

_Filed in open court thi_ _____

Bail. $ _____

Michael   B. Redmann
**Special Assistant United States Attorney**