PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☑ Superseding Indictment ☐ Defendant Added ☐ Charges/Counts Added ☐ Superseding Information

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA — EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** Elizabeth Nemeth
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Michael B. Redmann

### PROCEEDING
**Name of Complainant Agency, or Person (& Title, if any):** Special Agent Robert Robinson, DEA

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. 14-88 MAG

**Place of offense:** Orleans Parish County

---

**CASE NO.** _____

**USA vs.**
**Defendant:** Fred Douglas Brooks, III, a/k/a "PJ"

**Address:** In Custody of U.S. Marshal

☐ Interpreter Required Dialect: _____

**Birth Date:** 1967
☑ Male ☐ Female ☐ Alien (if applicable)

**Social Security Number:** xxx-xx-0017

### DEFENDANT

**Issue:** ☐ Warrant ☐ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | Title 21 U.S.C. § 841(a)(1), 841(b)(1)(A), 846 | Conspiracy with Intent to Distribute 1 kilogram or more of Heroin | 1, |
| 4 | Title 18 U.S.C. § 1956(a)(1)(B)(i), 1956(h) | Money Laundering Conspiracy | 2 |