MINUTE ENTRY
BARBIER, J.
JUNE 1, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 14-86 |
| FRED DOUGLAS BROOKS, III | SECTION: J |

## SENTENCING

COURT REPORTER: Karen Ibos
COURTROOM DEPUTY: Gail Chauvin

PRESENT: William Quinlan, Jr., AUSA, for the government
Julie Tizzard, for defendant

Defendant sentenced to counts 1 and 2 of the Superseding Indictment.
Counts dismissed on motion of the United States as to this defendant: none.
See Judgment.
The defendant was remanded.
Court adjourned.

JS-10: 29 min.