# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 21, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-30943   USA v. Fred Brooks, III
                    USDC No. 2:14-CR-86-1

The court has considered the motion of Fred Douglas Brooks to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Fred Douglas Brooks may obtain all ex parte documents *filed on behalf of* Fred Douglas Brooks, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

Mr. William W. Blevins
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Ms. Sara A. Johnson
Mr. Mark A. Miller