UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 14-86 |
| FRED DOUGLAS BROOKS, III | SECTION: "J"(1) |

**ORDER**

FRED DOUGLAS BROOKS, III has applied to this Court for compassionate release. In order for the Court to determine the action, if any, that shall be taken on this application,

**IT IS HEREBY ORDERED** that the Clerk of Court serve a copy of the application and this order on the United States Attorney for the Eastern District of Louisiana. The United States Attorney for the Eastern District of Louisiana is ordered to file on or before **January 14, 2020** with this Court, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

**IT IS FURTHER ORDERED** that Defendant's response to the Government's answer, which Defendant may file as a matter of right, is due no later than 10 days after the Government's answer is filed.

New Orleans, Louisiana, this 4th day of January, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE