UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL DOCKET NO.: 14-86

VERSUS

FRED DOUGLAS BROOKS, III

## MOTION TO WITHDRAW

Fred Douglas Brooks, III moves the Court to withdraw his Motion for Compassionate Release, without prejudice to re-urge the motion at a later date.

Respectfully submitted,

*/s/Sara A. Johnson*
Sara A. Johnson (La. Bar No. 31207)
700 Camp Street
New Orleans, LA 70130
(504) 528-9500
sara@sarajohnsonlaw.com

## CERTIFICATE OF SERVICE

This certifies that I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

Dated: February 8, 2021.                    */s/Sara A. Johnson*
                                            Sara A. Johnson